UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ25-103 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ELEUSIS BENITEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:     Reentry of Removed Alien

Date of Detention Hearing:    March 11, 2025

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant is a native and citizen of Cuba.  He was not interviewed by Pretrial

DETENTION ORDER
PAGE -1

Services, so much of his background information is unknown or unverified. Defendant was ordered to be removed from the United States in 1999, and reportedly self-deported to Canada in 2004 or 2005. The defendant is alleged to have been caught returning to the United States in January 2025 and has been in immigration custody since that time. If released, he would be returned to immigration custody. Defendant's criminal record includes drug trafficking offenses and prior immigration related offenses. Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on foreign citizenship and unknown background information. Defendant poses a risk of danger based on criminal history and unknown background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services

Officer.

DATED this 11th day of March, 2025.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3